(October 2, 1942.)

WARD BROWER et al., Respondents, v. WILLIAM G. BROOKS, Appellant.—
 No
opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DANIEL O. HASTINGS, as Trustee of STANDARD GAS AND ELECTRIC COMPANY,
Respondent, v. H. M. BYLLESBY AND COMPANY et al., Defendants, WALTER T.
ROSEN et al., Appellants

 No opinion.
Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

COCOA TRADING CORPORATION, Appellant, v. BAYWAY TERMINAL CORPORATION
et al., Respondents.—
 No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer
and Dore, JJ.; Dore, J. dissents and votes to reverse and grant the motion to
strike out as sham the first affirmative defense in the respective answers of the
defendants.

In the Matter of the Probate of the Will of EMMA B. JOHNSON, Deceased.
NORMAN W. ROE, Petitioner, Appellant; NORMA D. OWEN et al., Respondents.

 No opinion. Present — Martin,
P. J., Townley, Glennon, Untermyer and Dore, JJ.

CAROLINE S. BONNELL, Appellant, v. GEORGE P. P. BONNELL, Respondent.—
 No opinion. Present — Martin, P. J., Townley,
Glennon, Untermyer and Dore, JJ.

In the Matter of MAURICE E. ROGALIN, Respondent, against THE NEW YORK
CITY TEACHERS' RETIREMENT BOARD, Appellant.— 
 No opinion. Present — Martin,
P. J., Townley, Glennon, Untermyer and Dore, JJ.

SIDNEY C. KOFF, Respondent, v. HAROLD K. HOCHSCHILD et al., Appellants,
Impleaded with Another.— 

 No opinion. Present —
Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.